IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| GERRI A. TILLERY § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:22-CV-00091 |
| STATE FARM LLOYDS INSURANCE § | JUDGE MICHAEL J. TRUNCALE |
| COMPANY § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice. [Dkt. 11]. Plaintiff is seeking a dismissal with prejudice as to her claims against Defendant in this matter. To the extent that Plaintiff's dismissal is not yet in effect, the above-styled cause is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 23rd day of November, 2022.**

Michael J. Truncale
United States District Judge